AB:GN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - X

| | |
|---|---|
| UNITED STATES OF AMERICA | REMOVAL TO THE NORTHERN DISTRICT OF GEORGIA |
| - against - | |
| TYLER COLLADO A/K/A "BILLYGEE" | (Fed R. Crim. P. 5) |
| Defendant. | No. 19-844 M |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - X

EASTERN DISTRICT OF NEW YORK, SS:

JIM RIVES, being duly sworn, deposes and states that he is a Special Agent with Homeland Security Investigations, duly appointed according to law and acting as such.

On or about August 20, 2019, a grand jury in the Northern District of Georgia returned a Second Superseding Indictment against defendant TYLER COLLADO for willfully conspiring to knowingly make, print, and publish, and cause to be made, printed, and published, a notice or advertisement offering to exchange, display, and distribute at least one visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2251(d)(1)(A) and 2251(e).

On or about August 29, 2019, an arrest warrant was issued by the United States District Court for the Northern District of Georgia, commanding the arrest of the defendant TYLER COLLADO, also known as "BillyGee," for the above charges.

The source of your deponent's information and the grounds for his belief are as follows:

1.      On or about August 20, 2019, a grand jury in the Northern District of Georgia returned a Second Superseding Indictment against defendant TYLER COLLADO for willfully conspiring to knowingly make, print, and publish, and cause to be made, printed, and published, a notice or advertisement offering to exchange, display, and distribute at least one visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2251(d)(1)(A) and 2251(e).  A true and correct copy of the indictment is attached hereto as Exhibit A.

2.      On or about August 29, 2019, an arrest warrant was issued by the United States District Court for the Northern District of Georgia, commanding the arrest of the defendant TYLER COLLADO, also known as "BillyGee," for the above charges.  A true and correct copy of the arrest warrant is attached hereto as Exhibit B.

3.      On September 23, 2019, I, along with officers with the New York Police Department, visited the defendant's last-known address at 17-15 Gates Avenue, Apt. 1R, Flushing, New York, 11385 (the "Subject Premises") to execute the arrest warrant. Defendant TYLER COLLADO was present at the Subject Premises, and the officers encountered the defendant TYLER COLLADO there.  At the time of this encounter, the officers, including your affiant, personally recognized defendant TYLER COLLADO as the individual wanted in Northern District of Georgia, having personally met and interviewed him on a prior occasion.  Officers subsequently arrested defendant TYLER COLLADO.  In addition, defendant TYLER COLLADO produced a driver's license, which contained personal identifying information consistent with that of the individual wanted in the Northern District of Georgia.

WHEREFORE, your deponent respectfully requests that the defendant

TYLER COLLADO, also known as "BillyGee," be removed to the Northern District of

Georgia so that he may be dealt with according to law.

Jim Rives
Special Agent
Homeland Security Investigations
Bureau of Immigration & Customs Enforcement

Sworn to before me this
_____ 23ʳᵈ _____ day of September, 2019

/s/ RML

_____
THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

**EXHIBIT A**

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 2 0 2019

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Indictment |
| TERENCE DEWAYNE DIXON, A/K/A "DEVILMAN CRYBABY," ROBERT DEUTSCHER, A/K/A "NK BABIESRUS," RONNIE DEAN BOGGS, A/K/A "OHIOCHEVYGUY2," MATTHEW PELTZ, A/K/A "DEEZNUTZ," JORDAN TAFF, A/K/A "JORDAN_018," AND TYLER COLLADO A/K/A "BILLYGEE" | Second Superseding No.   2:19-CR-002-SCJ-JCF |

THE GRAND JURY CHARGES THAT:

### Count One

Beginning on a date unknown to the grand jury, but no later than in or about November 2017, and continuing until in or about October 2018, in the Northern District of Georgia and elsewhere, the defendants, TERENCE DEWAYNE DIXON, also known as "Devilman Crybaby," ROBERT DEUTSCHER, also known as "NK BabiesRUs," RONNIE DEAN BOGGS, also known as "OhioChevyGuy2," MATTHEW PELTZ, also known as "DeezNutz," JORDAN TAFF, also known as "Jordan_018," TYLER COLLADO, also known as "BillyGee," and other persons known and unknown to the Grand Jury, willfully conspired to knowingly make, print, and publish, and cause to be made, printed, and published, a notice and

advertisement offering to exchange, display, and distribute at least one visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, knowing and having reason to know, that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce, and in and affecting such commerce, by any means, including by computer, and where such notice and advertisement was actually transported using any means and facility of interstate and foreign commerce, and in and affecting such commerce, by any means, including by computer, in that the defendants posted images, videos, and links in a chat group, which links led other users to access child pornography files maintained in Internet user accounts, in violation of Title 18, United States Code, Sections 2251(d)(1)(A) and 2251(e).

### Count Two

Beginning on a date unknown to the grand jury, but no later than in or about November 2017, and continuing until in or about October 2018, in the Northern District of Georgia and elsewhere, the defendant, TERENCE DEWAYNE DIXON, also known as "Devilman Crybaby," an individual with a prior conviction for the offense of Indecency with a Child – Sexual Contact, in the state of Texas, and who is required by Federal and other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Sections 2251(d)(1)(A) and 2251(e), as charged in Count One of this Indictment, all in violation of Title 18, United States Code, Section 2260A.

2

### Forfeiture

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense(s) charged in this Indictment, the defendants, TERENCE DEWAYNE DIXON, also known as "Devilman Crybaby," ROBERT DEUTSCHER, also known as "NK BabiesRUs," RONNIE DEAN BOGGS, also known as "OhioChevyGuy2," MATTHEW PELTZ, also known as "DeezNutz," JORDAN TAFF, also known as "Jordan_018," and TYLER COLLADO, also known as "BillyGee," shall forfeit to the United States of America:

    a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

If any of the property described above, as a result of any act or omission of the defendants, TERENCE DEWAYNE DIXON, also known as "Devilman Crybaby," ROBERT DEUTSCHER, also known as "NK BabiesRUs," RONNIE DEAN BOGGS, also known as "OhioChevyGuy2," MATTHEW PELTZ, also known as "DeezNutz," JORDAN TAFF, also known as "Jordan_018," and TYLER COLLADO, also known as "BillyGee":

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A _____ BILL

FOREPERSON

BYUNG J. PAK
*United States Attorney*

JENNIFER KEEN
*Assistant United States Attorney*
Georgia Bar No. 231778

TIMOTHY LEE
*Assistant United States Attorney*
Georgia Bar No. 365087

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4

**EXHIBIT B**

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,                    WARRANT   FOR   ARREST

    VS.

TYLER COLLADO                          CASE NO.  2:19-CR-002

To:    The United States Marshal and any Authorized United States Officer

        YOU ARE HEREBY COMMANDED to arrest TYLER COLLADO and bring him forthwith to the

nearest magistrate to answer a(n)

X Indictment      ☐ Information      ☐ Complaint      ☐ Order of Court      ☐ Violation Notice      ☐ Probation Violation Petition

Charging him with:   Sexual Exploitation of Children in violation of Title 18, United States Code,

Section(s) 2251(e).

| | |
|---|---|
| J. CLAY FULLER | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | August 29, 2019  at  Gainesville, Georgia |
| | Date and Location |

Bail Fixed at  $_____          By:_____

                                                  Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received:   _____

                                    Name and Title of Arresting Officer

Date of Arrest:   _____

                                    Signature of Arresting Officer

## CLASS II WARRANT INFORMATION SHEET

**NOTE:** Deliver all original arrest warrants to U.S. Marshal, N/GA only. The Clerk shall not issue copies of arrest warrants, whether certified or not, to any law enforcement agency. Any law enforcement agency in need of copies shall obtain them from the U.S. Marshals' Office.

**Identifying Data of Defendant:**

NAME: Tyler Collado

ALIAS: BillyGee

ADDRESS:

SEX: Male

RACE: White

HEIGHT:

WEIGHT:

DOB: July 20, 1995

SSN#:

FBI#:

AGENCY: Bureau of Immigration & Customs Enforcement (ICE)

      AGENT: Jim Rivers

      AGENT EMAIL: James.E.Rives@ice.dhs.gov

      AGENT CONTACT #: (706) 270-0344

AUSA: Jennifer Keen

**\*All executed arrest warrants shall be returned to the U.S. Marshal**